UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA MANNIX, Individually and as
Executrix for the Estate of MICHAEL
MANNIX
                          Plaintiff,

vs.

CBS Corporation, et al.,

                          Defendant(s).

Civil Action No.
1:18-cv000558-WES-PAS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the Plaintiff in the above-captioned matter and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal of all Plaintiff's claims in the above-captioned matter, with prejudice, without costs, and all rights of appeal therefrom waived.

*/s/ Vincent L. Greene*

Robert J. McConnell, Esq. (#3888)
Vincent L. Greene, Esq. (#5971)
Motley Rice LLC
55 Cedar Street, Suite 100
Providence, RI 02903
(401) 457-7700
(401) 457-7708 Fax
Attorneys for Plaintiff

Dated: November 20, 2020

## CERTIFICATION

I, hereby certify that on this 20th day of November 2020, a true copy was filed via ECF to counsel of record.

*/s/ Vincent L. Greene*